## County Court, Pinellas County, Florida
## Small Claims Division

**(**727) 464-7000 – www.mypinellasclerk.org

REF: 20-006493-SC        South

MICHAEL A BURNAM Vs. HENRY OWENS

TO:     DEFENDANT/DEFENDANT ATTORNEY
        HENRY OWENS
        COMMUNITY HEALTH CTN
        612 MLK ST N
        ST PETERSBURG FL  33705

SUMMONS/NOTICE TO APPEAR REMOTELY FOR PRETRIAL CONFERENCE

THE STATE OF FLORIDA
NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)
        YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney via the
Zoom platform on **Thursday, December 10, 2020** at **11:30 AM** for a PRE-TRIAL CONFERENCE before
a judge of the court.

| To attend this meeting by video go to: | If you are unable to appear by video, call: |
|---|---|
| https://www.zoom.us/join | 1 786 635 1003 |
| | 1 470 250 9358 |

Meeting ID: 982 3863 8505 Password 098862

Instructions for Zoom hearings:
*   The Court has multiple hearings scheduled at this time. Join the Zoom meeting promptly at the
    designated time and wait to be admitted into the hearing.
*   If you are using the video conferencing, be sure your profile name is your first and last name. If
    this is not your default, you will have the option to change it after you join the meeting.
*   Although the hearing is conducted virtually, proper decorum should be maintained. Appropriate
    attire is required of all participants. Participants should be in a quiet setting and minimize any
    external distractions.
*   Mute your microphone when you are not required to speak.

### IMPORTANT – READ CAREFULLY
THIS CASE WILL NOT BE TRIED AT THAT TIME.
DO NOT BRING WITNESSES – APPEAR IN PERSON OR BY ATTORNEY

        The defendant(s) **must** appear in court on the date specified in order to avoid a default judgment.
The Plaintiff(s) **must** appear to avoid having the case dismissed for lack of prosecution.  A written
MOTION or ANSWER to the court by the plaintiff(s) or defendant(s) shall not excuse the personal
appearance of a party or its attorney in the pre-trial conference.  The date and time of the PRE-TRIAL
CONFERENCE CANNOT be rescheduled without good cause and prior court approval.

Any business entity recognized under Florida law may be represented at any stage of the trial court
proceedings by any principal of the business entity who has legal authority to bind the business entity or
any employee authorized in writing by a principal of the business entity. A principal is defined as being an
officer, member, managing member, or partner of the business entity.   Written authorization must be
brought to the Pre-Trial Conference.

        Upon service of this summons/notice, if you are unrepresented, please complete a Designation of
E-Mail Address for Party Not Represented by an Attorney form and file it with the Clerk of Court.  This
form may be found on www.mypinellasclerk.org/Forms and may be filed electronically via the Florida
Small Claims Deft Pre-Trial Notice

Courts E-Filing Portal at www.myflcourtaccess.com or by mail or hand-delivery to an office of the Clerk of Court.

The purpose of the pre-trial conference is to record your appearance, to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pre-trial conference.

You may be ordered to mediate at the pre-trial conference.  Mediation means "A process whereby a neutral third person called a Mediator acts to encourage and facilitate the resolution of a dispute between two or more parties.  It is an informal process with the objective of helping the disputing parties reach a mutually acceptable and voluntary agreement."  You or your attorney must have full authority to settle without further consultation at pre-trial mediation.

You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court.  The court may or may not approve a payment plan and withhold judgment, execution, or levy.

**RIGHT TO VENUE. The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note is signed or where the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any one or more of the defendants sued reside; (6) any location agreed to in a contract; (7) in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.**

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court seven days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's (s') attorney, if any.

A copy of the statement of claim shall be served with the original, alias and pluries summons.

Dated on November 19, 2020, in Clearwater, Florida



KEN BURKE, CPA
CLERK OF THE CIRCUIT COURT
& COMPTROLLER

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.  Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., Ste. 300, Clearwater, FL 33756, (727) 464-4062 (V/TDD), at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

Small Claims Deft Pre-Trial Notice

**County Court, Pinellas County, Florida**
**Small Claims Division**

**(**727) 464-7000 – www.mypinellasclerk.org

REF: 20-006493-SC        South

MICHAEL A BURNAM Vs. HENRY OWENS

TO:   DEFENDANT/DEFENDANT ATTORNEY
      HENRY OWENS
      COMMUNITY HEALTH CTN
      612 MLK ST N
      ST PETERSBURG FL  33705

SUMMONS/NOTICE TO APPEAR REMOTELY FOR PRETRIAL CONFERENCE

THE STATE OF FLORIDA
                    NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)
        YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney via the
Zoom platform on **Thursday, December 10, 2020** at **11:30 AM** for a PRE-TRIAL CONFERENCE before
a judge of the court.

| To attend this meeting by video go to: | If you are unable to appear by video, call: |
|---|---|
| https://www.zoom.us/join | 1 786 635 1003 |
| | 1 470 250 9358 |
| Meeting ID: 982 3863 8505 Password 098862 | |

Instructions for Zoom hearings:
- The Court has multiple hearings scheduled at this time. Join the Zoom meeting promptly at the designated time and wait to be admitted into the hearing.
- If you are using the video conferencing, be sure your profile name is your first and last name. If this is not your default, you will have the option to change it after you join the meeting.
- Although the hearing is conducted virtually, proper decorum should be maintained. Appropriate attire is required of all participants. Participants should be in a quiet setting and minimize any external distractions.
- Mute your microphone when you are not required to speak.

**IMPORTANT – READ CAREFULLY**
THIS CASE WILL NOT BE TRIED AT THAT TIME.
DO NOT BRING WITNESSES – APPEAR IN PERSON OR BY ATTORNEY

        The defendant(s) **must** appear in court on the date specified in order to avoid a default judgment.
The Plaintiff(s) **must** appear to avoid having the case dismissed for lack of prosecution.  A written
MOTION or ANSWER to the court by the plaintiff(s) or defendant(s) shall not excuse the personal
appearance of a party or its attorney in the pre-trial conference.  The date and time of the PRE-TRIAL
CONFERENCE CANNOT be rescheduled without good cause and prior court approval.

Any business entity recognized under Florida law may be represented at any stage of the trial court
proceedings by any principal of the business entity who has legal authority to bind the business entity or
any employee authorized in writing by a principal of the business entity. A principal is defined as being an
officer, member, managing member, or partner of the business entity.   Written authorization must be
brought to the Pre-Trial Conference.

        Upon service of this summons/notice, if you are unrepresented, please complete a Designation of
E-Mail Address for Party Not Represented by an Attorney form and file it with the Clerk of Court.  This
form may be found on www.mypinellasclerk.org/Forms and may be filed electronically via the Florida
Courts E-Filing Portal at www.myflcourtaccess.com or by mail or hand-delivery to an office of the Clerk of
Court.
Copy 1

The purpose of the pre-trial conference is to record your appearance, to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pre-trial conference.

You may be ordered to mediate at the pre-trial conference.  Mediation means "A process whereby a neutral third person called a Mediator acts to encourage and facilitate the resolution of a dispute between two or more parties.  It is an informal process with the objective of helping the disputing parties reach a mutually acceptable and voluntary agreement."  You or your attorney must have full authority to settle without further consultation at pre-trial mediation.

You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court.  The court may or may not approve a payment plan and withhold judgment, execution, or levy.

**RIGHT TO VENUE. The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note is signed or where the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any one or more of the defendants sued reside; (6) any location agreed to in a contract; (7) in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.**

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court seven days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's (s') attorney, if any.

A copy of the statement of claim shall be served with the original, alias and pluries summons.

Dated on November 19, 2020, in Clearwater, Florida

KEN BURKE, CPA
CLERK OF THE CIRCUIT COURT
& COMPTROLLER

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.  Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., Ste. 300, Clearwater, FL 33756, (727) 464-4062 (V/TDD), at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

## County Court, Pinellas County, Florida
## Small Claims Division
**(**727) 464-7000 – www.mypinellasclerk.org

REF: 20-006493-SC      South

MICHAEL A BURNAM Vs. HENRY OWENS

TO:   DEFENDANT/DEFENDANT ATTORNEY
      HENRY OWENS
      COMMUNITY HEALTH CTN
      612 MLK ST N
      ST PETERSBURG FL  33705

SUMMONS/NOTICE TO APPEAR REMOTELY FOR PRETRIAL CONFERENCE

THE STATE OF FLORIDA
NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)
YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney via the Zoom platform on **Thursday, December 10, 2020** at **11:30 AM** for a PRE-TRIAL CONFERENCE before a judge of the court.

| To attend this meeting by video go to: | If you are unable to appear by video, call: |
|---|---|
| https://www.zoom.us/join | 1 786 635 1003 |
| | 1 470 250 9358 |
| Meeting ID: 982 3863 8505 Password 098862 | |

Instructions for Zoom hearings:
- The Court has multiple hearings scheduled at this time. Join the Zoom meeting promptly at the designated time and wait to be admitted into the hearing.
- If you are using the video conferencing, be sure your profile name is your first and last name. If this is not your default, you will have the option to change it after you join the meeting.
- Although the hearing is conducted virtually, proper decorum should be maintained. Appropriate attire is required of all participants. Participants should be in a quiet setting and minimize any external distractions.
- Mute your microphone when you are not required to speak.

### IMPORTANT – READ CAREFULLY
THIS CASE WILL NOT BE TRIED AT THAT TIME.
DO NOT BRING WITNESSES – APPEAR IN PERSON OR BY ATTORNEY

The defendant(s) **must** appear in court on the date specified in order to avoid a default judgment. The Plaintiff(s) **must** appear to avoid having the case dismissed for lack of prosecution.  A written MOTION or ANSWER to the court by the plaintiff(s) or defendant(s) shall not excuse the personal appearance of a party or its attorney in the pre-trial conference.  The date and time of the PRE-TRIAL CONFERENCE CANNOT be rescheduled without good cause and prior court approval.

Any business entity recognized under Florida law may be represented at any stage of the trial court proceedings by any principal of the business entity who has legal authority to bind the business entity or any employee authorized in writing by a principal of the business entity. A principal is defined as being an officer, member, managing member, or partner of the business entity.   Written authorization must be brought to the Pre-Trial Conference.

Upon service of this summons/notice, if you are unrepresented, please complete a Designation of E-Mail Address for Party Not Represented by an Attorney form and file it with the Clerk of Court.  This form may be found on www.mypinellasclerk.org/Forms and may be filed electronically via the Florida

Small Claims Deft Pre-Trial Notice

Courts E-Filing Portal at www.myflcourtaccess.com or by mail or hand-delivery to an office of the Clerk of Court.

The purpose of the pre-trial conference is to record your appearance, to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pre-trial conference.

You may be ordered to mediate at the pre-trial conference. Mediation means "A process whereby a neutral third person called a Mediator acts to encourage and facilitate the resolution of a dispute between two or more parties. It is an informal process with the objective of helping the disputing parties reach a mutually acceptable and voluntary agreement." You or your attorney must have full authority to settle without further consultation at pre-trial mediation.

You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and withhold judgment, execution, or levy.

**RIGHT TO VENUE. The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note is signed or where the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any one or more of the defendants sued reside; (6) any location agreed to in a contract; (7) in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.**

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court seven days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's (s') attorney, if any.

A copy of the statement of claim shall be served with the original, alias and pluries summons.

Dated on November 19, 2020, in Clearwater, Florida

KEN BURKE, CPA
CLERK OF THE CIRCUIT COURT
& COMPTROLLER

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., Ste. 300, Clearwater, FL 33756, (727) 464-4062 (V/TDD), at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

Small Claims Deft Pre-Trial Notice

## County Court, Pinellas County, Florida
## Small Claims Division

**(**727) 464-7000 – www.mypinellasclerk.org

REF: 20-006493-SC       South

MICHAEL A BURNAM Vs. HENRY OWENS

TO:   PLAINTIFF/PLAINTIFF ATTORNEY
      MICHAEL A BURNAM
      298 8TH ST N
      NO 302
      ST PETERSBURG FL  33701

SUMMONS/NOTICE TO APPEAR <u>REMOTELY</u> FOR PRETRIAL CONFERENCE

THE STATE OF FLORIDA
                    NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)
          YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney via the
Zoom platform on **Thursday, December 10, 2020** at **11:30 AM** for a PRE-TRIAL CONFERENCE before
a judge of the court.

| To attend this meeting by video go to: | If you are unable to appear by video, call: |
|---|---|
| https://www.zoom.us/join | 1 786 635 1003 |
| | 1 470 250 9358 |
| Meeting ID: 982 3863 8505 Password 098862 | |

Instructions for Zoom hearings:
- The Court has multiple hearings scheduled at this time. Join the Zoom meeting promptly at the designated time and wait to be admitted into the hearing.
- If you are using the video conferencing, be sure your profile name is your first and last name. If this is not your default, you will have the option to change it after you join the meeting.
- Although the hearing is conducted virtually, proper decorum should be maintained. Appropriate attire is required of all participants. Participants should be in a quiet setting and minimize any external distractions.
- Mute your microphone when you are not required to speak.

### IMPORTANT – READ CAREFULLY
THIS CASE WILL NOT BE TRIED AT THAT TIME.
DO NOT BRING WITNESSES – APPEAR IN PERSON OR BY ATTORNEY

          The defendant(s) **must** appear in court on the date specified in order to avoid a default judgment.
The Plaintiff(s) **must** appear to avoid having the case dismissed for lack of prosecution.  A written
MOTION or ANSWER to the court by the plaintiff(s) or defendant(s) shall not excuse the personal
appearance of a party or its attorney in the pre-trial conference.  The date and time of the PRE-TRIAL
CONFERENCE CANNOT be rescheduled without good cause and prior court approval.

Any business entity recognized under Florida law may be represented at any stage of the trial court
proceedings by any principal of the business entity who has legal authority to bind the business entity or
any employee authorized in writing by a principal of the business entity. A principal is defined as being an
officer, member, managing member, or partner of the business entity.   Written authorization must be
brought to the Pre-Trial Conference.

          Upon service of this summons/notice, if you are unrepresented, please complete a Designation of
E-Mail Address for Party Not Represented by an Attorney form and file it with the Clerk of Court.  This
form may be found on www.mypinellasclerk.org/Forms and may be filed electronically via the Florida
Courts E-Filing Portal at www.myflcourtaccess.com or by mail or hand-delivery to an office of the Clerk of
Court.

The purpose of the pre-trial conference is to record your appearance, to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pre-trial conference.

You may be ordered to mediate at the pre-trial conference. Mediation means "A process whereby a neutral third person called a Mediator acts to encourage and facilitate the resolution of a dispute between two or more parties. It is an informal process with the objective of helping the disputing parties reach a mutually acceptable and voluntary agreement." You or your attorney must have full authority to settle without further consultation at pre-trial mediation.

You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and withhold judgment, execution, or levy.

**RIGHT TO VENUE. The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note is signed or where the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any one or more of the defendants sued reside; (6) any location agreed to in a contract; (7) in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.**

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court seven days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's (s') attorney, if any.

A copy of the statement of claim shall be served with the original, alias and pluries summons.

Dated on November 19, 2020, in Clearwater, Florida



KEN BURKE, CPA
CLERK OF THE CIRCUIT COURT
& COMPTROLLER

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., Ste. 300, Clearwater, FL 33756, (727) 464-4062 (V/TDD), at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

**UNITED STATES**
**POSTAL SERVICE** ®

## PROOF OF ACCEPTANCE
## (ELECTRONIC)

PRODUCED DATE: 11/20/2020

PINELLAS COUNTY CLERK OF THE CIRCUIT COURT:

The following is information for Certified Mail™/RRE item number:
    9214 8901 9403 8325 9061 71

Our records indicate that this item was accepted by the USPS at:
    ORIGIN ACCEPTANCE CLEARWATER,FL 33756 11/19/2020

ORIGINAL INTENDED RECIPIENT:
    HENRY OWENS
    COMMUNITY HEALTH CTN
    612 DR MARTIN LUTHER KING JR ST N
    ST PETERSBURG FL 33705-1403

Return Reference Number: 20-006493-SC

The above information represents information provided by the United States Postal Service.

**UNITED STATES**
**POSTAL SERVICE**

Mailer: Pinellas County Clerk of the Circuit Court

Date Produced: 11/23/2020

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8325 9061 71. Our records indicate that this item was delivered on 11/21/2020 at 09:41 a.m. in SAINT PETERSBURG, FL 33705. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

HENRY OWENS
COMMUNITY HEALTH CTN
612 DR MARTIN LUTHER KING JR ST N
ST PETERSBURG FL 33705-1403

Customer Reference Number:        C2381360.13621274

Return Reference Number:          20-006493-SC

IN THE COUNTY COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

MICHAEL A. BURNAM,

        Plaintiff,

vs.                                Case No.:     2020-006493-SC South

HENRY OWENS,

        Defendant.

_____/

### *NOTICE OF LIMITED APPEARANCE AND DESIGNATION OF*
### *ELECTRONIC MAIL ADDRESSES FOR DEFENDANT, HENRY OWENS, P.A.*

The undersigned attorneys, Mark J. Ragusa, Esq. and Jounice L. Nealy-Brown, Esq. of Gunster, Yoakley & Stewart, P.A., hereby file this Limited Notice of Appearance as counsel for Defendant, HENRY OWENS, P.A. ("Owens"). All pleadings, records and documentation regarding the above-styled cause are hereby requested to be furnished to the undersigned counsel at the addresses stated.

This is a special limited appearance so as to allow Owens to be temporarily represented until such time as the United States of America, by and through the United States Attorney for the Middle District of Florida, can file its appearance on behalf of Owens. This is an action governed by the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b); 2671-2680 (1988) ("FTCA"), and Owens will be represented by an Assistant United States Attorney once the case is assigned.

Pursuant to the Florida Supreme Court's Amendment to the Florida Rules of Civil Procedure SC10-2101 and Florida Rule of Judicial Administration 2.516(b)(1), Owens hereby designates the undersigned attorneys' primary electronic mail addresses and the secondary electronic mail addresses for the undersigned attorneys' assistants:

ACTIVE 12747133.2

Primary E-Mails:      mragusa@gunster.com
                      jnealy-brown@gunster.com
Secondary E-Mails:    tkennedy@gunster.com
                      eservice@gunster.com

### ___CERTIFICATE OF SERVICE___

    I HEREBY CERTIFY that a true and correct copy of the foregoing document was furnished by regular U.S. Mail to Michael A. Burnam, 298-8th Street North, #302, St. Petersburg, Florida 33701 on this 4th day of December 2020:

/s/ Mark J. Ragusa
Mark J. Ragusa, Esq.
Florida Bar No.:  829633
Jounice L. Nealy-Brown, Esq.
Florida Bar No.:  0124793
Gunster, Yoakley & Stewart, P.A.
401 E. Jackson Street, Suite 2500
Tampa, FL  33602
(813) 222-6619; Fax: (813) 228-6739
Primary E-mail:      mragusa@gunster.com
Secondary E-mail:    tkennedy@gunster.com
                     eservice@gunster.com

**Attorneys for Defendant, Henry Owens, P.A.**

IN THE COUNTY COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

MICHAEL A. BURNAM,

      Plaintiff,

vs.                              Case No.:     2020-006493-SC South

HENRY OWENS,

      Defendant.

_____/

### *DEFENDANT, HENRY OWENS, P.A.'S MOTION FOR AN ENLARGEMENT OF TIME OR ALTERNATIVE MOTION FOR TEMPORARY STAY OF ACTION*

Defendant, HENRY OWENS, P.A. ("Owens"), by and through his undersigned attorneys[1], hereby request an enlargement of ninety (90) days in which to file his answer or other responsive pleading to the Complaint or, alternatively, for a Stay of this Action of ninety (90) days to give the United States of America, by and through the United States Attorney for the Middle District of Florida, time to file its appearance on behalf of Owens.

Owens, in support, states as follows:

1.      The current action was apparently filed on or about September 1, 2020. However, Owens was not served with the Summons and Complaint until December 1, 2020. The Summons and Compliant contained an order directing a Zoom-platform Pre-Trial Conference for December 10, 2020 at 11:30 am.

2.      Owens, a physician's assistant, is an employee of Community Health Centers of Pinellas, Inc., a Federally Qualified Health Center, and as such, Owens is deemed an employee of the federal government for limited purposes, such as liability protection. Accordingly, Owens is entitled to the protections of the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b); 2671-2680 (1988) ("FTCA"), for negligence claims that allege injuries resulting from the actions of the

---

[1] Owens' undersigned counsel has appeared through a Limited Notice of Appearance.
ACTIVE 12747820.1

deemed employees.   The FTCA also provides the deemed employees representation by the United States Attorney's Office.  The undersigned are precluded from providing any substantive defense for Owens in light of the upcoming representation by the United States Attorney's Office.

3.      Owens has been advised that it will take the United States Attorney's Office ninety (90) days to process the action and assign an attorney to represent Owens.

4.      Accordingly, Owens seeks an enlargement of time, or a stay, until March 10, 2021, which is ninety (90) days from the date of the Pre-Trial Conference. The undersigned understand that the United States Attorney for the Middle District of Florida is aware of this lawsuit.  Simultaneously, the U.S. Department of Health and Human Services is in the process of reviewing the Complaint in preparation of having the lawsuit assigned to an Assistant United States Attorney.

5.      Once accomplished, the Assistant United States Attorney will take over as counsel for Owens, and the undersigned counsel will seek entry of an order allowing the substitution of counsel.

6.      The undersigned has communicated with Plaintiff concerning the issues raised in this Motion, but Plaintiff failed to respond to a letter sent previously sent and hung up on counsel on December 3, 2020 when she reached Plaintiff by telephone to discuss the requested enlargement of time or alternative stay.  As of the time of the filing of this Motion, Plaintiff has not responded to a subsequent voicemail left by counsel. Thus, Plaintiff is assumed to be unwilling to agree to the requested ninety (90) day enlargement.

7.      This Motion is not intended to unduly delay this action and is based on the need to give the United States Attorney's Office time to assign counsel to represent Owens. In addition, Plaintiff has not explained why it took seven (7) weeks to serve Owens with the Summons and

Complaint.  In light of the current COVID-19 pandemic and the resulting delays in the civil litigation system, the requested relief will not in any way prejudice Plaintiff.

WHEREFORE, Defendant, HENRY OWENS, P.A., respectfully requests that this Court enter an order granting this Motion, granting an enlargement of time for Owens to file an answer or otherwise respond to the Complaint up and until March 10, 2021, or, alternatively, providing for a Stay of this Action through and including March 10, 2021, and for such other relief as the Court deems just and appropriate.

### *CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that a true and correct copy of the foregoing document was furnished via U.S. Mail to Michael A. Burnam, 298-8th Street North, #302, St. Petersburg, Florida  33701 on this 4th day of December, 2020:

/s/ Mark J. Ragusa
Mark J. Ragusa, Esq.
Florida Bar No.:  829633
Jounice L. Nealy-Brown, Esq.
Florida Bar No.:  0124793
Gunster, Yoakley & Stewart, P.A.
401 E. Jackson Street, Suite 2500
Tampa, FL  33602
(813) 222-6619; Fax:  (813) 228-6739
Primary E-mail:       mragusa@gunster.com
Secondary E-mail:    tkennedy@gunster.com
                     eservice@gunster.com

**Attorneys for Defendant, Henry Owens, P.A.**

12/10/2020   DescriptionNOTICE OF CONTINUED PRETRIAL RE 3/10/2021 9:30 AM

## County Court, Pinellas County, Florida
## Small Claims Division

**(**727) 464-7000 – www.mypinellasclerk.org

REF: 20-006493-SC       South

MICHAEL A BURNAM Vs. HENRY OWENS

TO:     PLAINTIFF/PLAINTIFF ATTORNEY
        MICHAEL A BURNAM
        298 8TH ST N
        NO 302
        ST PETERSBURG FL  33701

RESET SUMMONS/NOTICE TO APPEAR <u>REMOTELY</u> FOR PRETRIAL CONFERENCE

THE STATE OF FLORIDA
                    NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)
        YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney via the
Zoom platform on **Wednesday, March 10, 2021** at **9:30 AM** for a PRE-TRIAL CONFERENCE before a
judge of the court.

| To attend this meeting by video go to: | If you are unable to appear by video, call: |
|---|---|
| https://www.zoom.us/join | 1 786 635 1003 |
| | 1 470 250 9358 |

Meeting ID: 983 2733 7969 Password: 285379

Instructions for Zoom hearings:
• The Court has multiple hearings scheduled at this time. Join the Zoom meeting promptly at the
  designated time and wait to be admitted into the hearing.
• If you are using the video conferencing, be sure your profile name is your first and last name. If
  this is not your default, you will have the option to change it after you join the meeting.
• Although the hearing is conducted virtually, proper decorum should be maintained. Appropriate
  attire is required of all participants. Participants should be in a quiet setting and minimize any
  external distractions.
• Mute your microphone when you are not required to speak.

### IMPORTANT – READ CAREFULLY
THIS CASE WILL NOT BE TRIED AT THAT TIME.
DO NOT BRING WITNESSES – APPEAR IN PERSON OR BY ATTORNEY

        The defendant(s) **must** appear in court on the date specified in order to avoid a default judgment.
The Plaintiff(s) **must** appear to avoid having the case dismissed for lack of prosecution.  A written
MOTION or ANSWER to the court by the plaintiff(s) or defendant(s) shall not excuse the personal
appearance of a party or its attorney in the pre-trial conference.  The date and time of the PRE-TRIAL
CONFERENCE CANNOT be rescheduled without good cause and prior court approval.

Any business entity recognized under Florida law may be represented at any stage of the trial court
proceedings by any principal of the business entity who has legal authority to bind the business entity or
any employee authorized in writing by a principal of the business entity. A principal is defined as being an
officer, member, managing member, or partner of the business entity.   Written authorization must be
brought to the Pre-Trial Conference.

        Upon service of this summons/notice, if you are unrepresented, please complete a Designation of
E-Mail Address for Party Not Represented by an Attorney form and file it with the Clerk of Court.  This
form may be found on www.mypinellasclerk.org/Forms and may be filed electronically via the Florida
Courts E-Filing Portal at www.myflcourtaccess.com or by mail or hand-delivery to an office of the Clerk of
Court.

The purpose of the pre-trial conference is to record your appearance, to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pre-trial conference.

You may be ordered to mediate at the pre-trial conference.  Mediation means "A process whereby a neutral third person called a Mediator acts to encourage and facilitate the resolution of a dispute between two or more parties.  It is an informal process with the objective of helping the disputing parties reach a mutually acceptable and voluntary agreement."  You or your attorney must have full authority to settle without further consultation at pre-trial mediation.

You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court.  The court may or may not approve a payment plan and withhold judgment, execution, or levy.

**RIGHT TO VENUE. The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note is signed or where the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any one or more of the defendants sued reside; (6) any location agreed to in a contract; (7) in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.**

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court seven days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's (s') attorney, if any.

A copy of the statement of claim shall be served with the original, alias and pluries summons.

Dated on December 11, 2020, in Clearwater, Florida

KEN BURKE, CPA
CLERK OF THE CIRCUIT COURT
& COMPTROLLER

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.  Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., Ste. 300, Clearwater, FL 33756, (727) 464-4062 (V/TDD), at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

**County Court, Pinellas County, Florida**
**Small Claims Division**

**(**727) 464-7000 – www.mypinellasclerk.org

REF: 20-006493-SC          South

MICHAEL A BURNAM Vs. HENRY OWENS

TO:     DEFENDANT/DEFENDANT ATTORNEY
        MARK J RAGUSA ESQ
        GUNSTER YOAKLEY & STEWART P A
        401 E JACKSON ST STE 2500
        TAMPA FL  33602

        RESET SUMMONS/NOTICE TO APPEAR <u>REMOTELY</u> FOR PRETRIAL CONFERENCE

THE STATE OF FLORIDA
                    NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)
        YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney via the
Zoom platform on **Wednesday, March 10, 2021** at **9:30 AM** for a PRE-TRIAL CONFERENCE before a
judge of the court.

| To attend this meeting by video go to: | If you are unable to appear by video, call: |
|---|---|
| https://www.zoom.us/join | 1 786 635 1003 |
| | 1 470 250 9358 |

Meeting ID: 983 2733 7969 Password: 285379

Instructions for Zoom hearings:
* The Court has multiple hearings scheduled at this time. Join the Zoom meeting promptly at the
  designated time and wait to be admitted into the hearing.
* If you are using the video conferencing, be sure your profile name is your first and last name. If
  this is not your default, you will have the option to change it after you join the meeting.
* Although the hearing is conducted virtually, proper decorum should be maintained. Appropriate
  attire is required of all participants. Participants should be in a quiet setting and minimize any
  external distractions.
* Mute your microphone when you are not required to speak.

**IMPORTANT – READ CAREFULLY**
THIS CASE WILL NOT BE TRIED AT THAT TIME.
DO NOT BRING WITNESSES – APPEAR IN PERSON OR BY ATTORNEY

        The defendant(s) **_must_** appear in court on the date specified in order to avoid a default judgment.
The Plaintiff(s) **_must_** appear to avoid having the case dismissed for lack of prosecution.  A written
MOTION or ANSWER to the court by the plaintiff(s) or defendant(s) shall not excuse the personal
appearance of a party or its attorney in the pre-trial conference.  The date and time of the PRE-TRIAL
CONFERENCE CANNOT be rescheduled without good cause and prior court approval.

Any business entity recognized under Florida law may be represented at any stage of the trial court
proceedings by any principal of the business entity who has legal authority to bind the business entity or
any employee authorized in writing by a principal of the business entity. A principal is defined as being an
officer, member, managing member, or partner of the business entity.   Written authorization must be
brought to the Pre-Trial Conference.

        Upon service of this summons/notice, if you are unrepresented, please complete a Designation of
E-Mail Address for Party Not Represented by an Attorney form and file it with the Clerk of Court.  This
form may be found on www.mypinellasclerk.org/Forms and may be filed electronically via the Florida
Courts E-Filing Portal at www.myflcourtaccess.com or by mail or hand-delivery to an office of the Clerk of
Court.

The purpose of the pre-trial conference is to record your appearance, to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pre-trial conference.

You may be ordered to mediate at the pre-trial conference.  Mediation means "A process whereby a neutral third person called a Mediator acts to encourage and facilitate the resolution of a dispute between two or more parties.  It is an informal process with the objective of helping the disputing parties reach a mutually acceptable and voluntary agreement."  You or your attorney must have full authority to settle without further consultation at pre-trial mediation.

You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court.  The court may or may not approve a payment plan and withhold judgment, execution, or levy.

**RIGHT TO VENUE. The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note is signed or where the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any one or more of the defendants sued reside; (6) any location agreed to in a contract; (7) in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.**

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court seven days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's (s') attorney, if any.

A copy of the statement of claim shall be served with the original, alias and pluries summons.

Dated on December 11, 2020, in Clearwater, Florida

KEN BURKE, CPA
CLERK OF THE CIRCUIT COURT
& COMPTROLLER

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.  Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., Ste. 300, Clearwater, FL 33756, (727) 464-4062 (V/TDD), at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

IN THE COUNTY COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

MICHAEL A. BURNAM,
    Plaintiff,

vs.           Case No.:  2020-006493-SC South

HENRY OWENS,
    Defendant.

_____/

### ORDER GRANTING DEFENDANT, HENRY OWENS, P.A.'S MOTION FOR AN ENLARGEMENT OF TIME OR ALTERNATIVE MOTION FOR TEMPORARY STAY OF ACTION

   THIS CAUSE having come before the Court at a Pretrial Conference on December 10, 2020 on Defendant HENRY OWENS, P.A.'S Motion for An Enlargement of Time or Alternative Motion for Temporary Stay ("Motion for An Enlargement of Time"). The Court, having noted the *pro se* appearance of Plaintiff and the appearance of Jounice L. Nealy-Brown, Esq. on behalf of Defendant, upon consideration of the foregoing, having reviewed the court file, having heard argument of the parties and having been fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that:

   1.  The Motion for An Enlargement of Time is GRANTED.

   2.  Defendant, HENRY OWENS, P.A. shall serve an answer or otherwise respond to Plaintiff's Statement of Claim on or before March 10, 2021.

   3.  The Court has entered a Reset Summons/Notice to Appear Remotely For Pretrial Conference resetting the Pre-Trial Conference for March 10, 2021 at 9:30 am.

   DONE AND ORDERED in St. Petersburg, Pinellas County, Florida on _____, 2020.


           _____
             LORRAINE M. KELLY
           Electronically Conformed 12/14/2020
             COUNTY COURT JUDGE

Conformed Copies to:
Michael A. Burnam      Mark J. Ragusa, Esq.
298-8th Street North, #302    Jounice L. Nealy-Brown, Esq.
St. Petersburg, Florida  33701   Gunster, Yoakley & Stewart, P.A.
             401 E. Jackson Street, Suite 2500
             Tampa, Florida  33602
             mragusa@gunster.com
             jnealy-brown@gunster.com
             tkennedy@gunster.com
             eservice@gunster.com
             ***Counsel for Henry Owens, P.A.***

IN THE COUNTY COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

MICHAEL A. BURNAM,

Plaintiff,

v.                                          Case No.  2020-006493-SC South

HENRY OWENS,

Defendant.

_____

## NOTICE UNDER 42 U.S.C. § 233(l)(1)

The United States of America provides the following notice, pursuant to 42 U.S.C. § 233(l)(1):

1.      The U.S. Department of Health and Human Services (HHS) notified this office on December 15, 2020 of this state court action against Mr. Henry Owens, an employee of Community Health Center, which is an entity described in 42 U.S.C. § 233(g)(4) (a public or non-profit private entity receiving federal funds under section 254b of Title 42).

2.      Pursuant to 42 U.S.C. § 233(l)(1), the United States is appearing for the limited purpose of notifying the Court as to whether the Secretary of HHS will deem Mr. Henry Owens to be an "employee of the Public Health Service" with respect to the actions or omissions that are the subject of this civil action.

3.      At present, HHS has not yet provided its report as to whether Mr. Owens was an "employee of the Public Health Service" for purposes of the acts or omissions that are the subject of this civil action.  *See* 42 U.S.C. §§ 233(g) and (h).

4.      Once HHS has completed its review and provided its report, the United States Attorney, as the U.S. Attorney General's delegate, will determine whether the alleged acts

fall within the scope of 42 U.S.C. § 233(a), the applicable provisions of the FSHCAA, and were otherwise within the scope of Mr. Owen's employment. *See* 42 U.S.C. § 233(c); 28 C.F.R. § 15.4(b); 60 Fed. Reg. 22530, 22531. The United States Attorney has not been provided with sufficient information to make that determination at this time.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

/s/ Erin Choi
ERIN CHOI
Assistant United States Attorney
USA No. 196
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: 813-274-6000
Facsimile: 813-274-6198
Email: Erin.Choi@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I certify that on December 17, 2020 a true and correct copy of the foregoing was filed with the Court using Florida Court's e-filing portal, which will send an electronic notice of filing.

I further certify that on December 17, 2020 a true and correct copy of the foregoing document and notice of electronic filing was mailed first-class mail, postage prepaid to the following:

Michael A. Burnam
298 8th St. N
Unit 302
St. Petersburg, FL 33701-311

Jounice L. Nealy-Brown, Esq.
Mark J. Ragusa, Esq.
Attorneys for Defendant
Gunster, Yoakley & Stewart, P.A.
401 E. Jackson Street
Suite 2500
Tampa, FL 33602

*/s/ Erin Choi*
ERIN CHOI
Assistant United States Attorney

3

IN THE COUNTY COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

MICHAEL A. BURNAM,

       Plaintiff,

vs.                                 Case No.:      2020-006493-SC South

HENRY OWENS,

       Defendant.

_____/

### DEFENDANT, HENRY OWENS, P.A.'S SECOND MOTION FOR AN ENLARGEMENT OF TIME OR ALTERNATIVE MOTION FOR TEMPORARY STAY OF ACTION

Defendant, HENRY OWENS, P.A. ("Owens"), by and through his undersigned attorneys[1], hereby request an enlargement of thirty (30) days in which to file his answer or other responsive pleading to the Complaint or, alternatively, for a Stay of this Action of thirty (30) days to give the United States of America, by and through the United States Attorney for the Middle District of Florida, time to file its appearance on behalf of Owens.

Owens, in support, states as follows:

1.      The current action was apparently filed on or about September 1, 2020.  However, Owens was not served with the Summons and Complaint until December 1, 2020. The Summons and Complaint contained an order directing a Zoom-platform Pre-Trial Conference for December 10, 2020 at 11:30 am.

2.      On December 4, 2020, the undersigned filed a Motion for an Enlargement Of Time Or Alternative Motion For Temporary Stay Of Action, a true and correct copy of which is attached hereto as Exhibit "A."

---

[1] Owens' undersigned counsel has appeared through a Limited Notice of Appearance.
ACTIVE:13057711.1

3.      On December 11, 2020, the Court entered the Reset Summons/Notice to Appear Remotely for Pretrial Conference setting the pretrial for March 10, 2021 at 9:30 a.m., a true and correct copy of which is attached as Exhibit "B."

4.      On December 17, 2021, the United States of America filed its Notice under 42 U.S.C. Section 233(1)(1) stating that it was waiting for the United States Department of Health and Human Services ("HHS") to determine whether Mr. Owens is deemed an employee of the federal government for limited purposes, such as liability protection.  A true and correct copy of the Notice is attached as Exhibit "C."

5.      On March 8, 2021, the undersigned contacted Assistant United States Attorney Erin Choi to determine if HHS had determined Mr. Owens' status and was advised that they had recently received the records from HHS and would need additional time to obtain a certification from the Acting United States Attorney to substitute the United States for Mr. Owens and prepare the necessary motions and notices.  See email from Assistant United States Attorney Choi attached as Exhibit "D."

6.      Accordingly, Owens seeks an enlargement of time, or a stay, until April 9, 2021, which is thirty (30) days from the current date of the Pre-Trial Conference. The United States Attorney for the Middle District of Florida is aware of this lawsuit.  Unfortunately, the process of getting the United States Attorney's Office involved in matters such as this are time consuming. According to Assistant United States Attorney Choi, an additional thirty (30) days are needed to have Mr. Owens' representation in this lawsuit approved for assignment to an Assistant United States Attorney.

7.      Once accomplished, the Assistant United States Attorney will take over as counsel for Owens, and the undersigned counsel will seek entry of an order allowing the substitution of counsel.

8.      Mr. Owens' counsel attempted to communicate with Plaintiff concerning the issues raised in this Motion.  However, when telephonically contacted by the assistant for the undersigned on March 8, 2021, the Plaintiff indicated that he opposed the requested relief. Thus, Plaintiff is unwilling to agree to the requested thirty (30) day enlargement.

9.      This Motion is not intended to unduly delay this action and is based on the need to give the United States Attorney's Office time to assign counsel to represent Owens. In light of the current COVID-19 pandemic and the resulting delays in the civil litigation system, the requested relief will not in any way prejudice Plaintiff.

WHEREFORE, Defendant, HENRY OWENS, P.A., respectfully requests that this Court enter an order granting this Motion, granting an enlargement of time for Owens to file an answer or otherwise respond to the Complaint up and until April 9, 2021, or, alternatively, providing for a Stay of this Action through and including April 9, 2021, and for the continuance of the Pre-Trial Conference in this matter, and for such other relief as the Court deems just and appropriate.

### ***CERTIFICATE OF SERVICE***

I HEREBY CERTIFY that a true and correct copy of the foregoing document was furnished via U.S. Mail to Michael A. Burnam, 298-8th Street North, #302, St. Petersburg, Florida 33701 on this 8th day of March, 2021:

*/s/ Mark J. Ragusa*
Mark J. Ragusa, Esq.
Florida Bar No.:  829633
Jounice L. Nealy-Brown, Esq.
Florida Bar No.:  0124793
Gunster, Yoakley & Stewart, P.A.
401 E. Jackson Street, Suite 2500
Tampa, FL  33602
(813) 222-6619; Fax:  (813) 228-6739
Primary E-mail:        mragusa@gunster.com
Secondary E-mail:     tkennedy@gunster.com
                                eservice@gunster.com

***Attorneys for Defendant, Henry Owens, P.A.***

IN THE COUNTY COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

MICHAEL A. BURNAM,

       Plaintiff,

vs.                                Case No.:     2020-006493-SC South

HENRY OWENS,

       Defendant.

_____/

### EXHIBIT "A' TO

### DEFENDANT, HENRY OWENS, P.A.'S SECOND MOTION FOR AN ENLARGEMENT OF TIME OR ALTERNATIVE MOTION FOR TEMPORARY STAY OF ACTION

IN THE COUNTY COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

MICHAEL A. BURNAM,

       Plaintiff,

vs.                               Case No.:     2020-006493-SC South

HENRY OWENS,

       Defendant.

_____/

### *DEFENDANT, HENRY OWENS, P.A.'S MOTION FOR AN ENLARGEMENT OF TIME OR ALTERNATIVE MOTION FOR TEMPORARY STAY OF ACTION*

      Defendant, HENRY OWENS, P.A. ("Owens"), by and through his undersigned attorneys[1], hereby request an enlargement of ninety (90) days in which to file his answer or other responsive pleading to the Complaint or, alternatively, for a Stay of this Action of ninety (90) days to give the United States of America, by and through the United States Attorney for the Middle District of Florida, time to file its appearance on behalf of Owens.

      Owens, in support, states as follows:

      1.     The current action was apparently filed on or about September 1, 2020. However, Owens was not served with the Summons and Complaint until December 1, 2020. The Summons and Compliant contained an order directing a Zoom-platform Pre-Trial Conference for December 10, 2020 at 11:30 am.

      2.     Owens, a physician's assistant, is an employee of Community Health Centers of Pinellas, Inc., a Federally Qualified Health Center, and as such, Owens is deemed an employee of the federal government for limited purposes, such as liability protection. Accordingly, Owens is entitled to the protections of the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b); 2671-2680 (1988) ("FTCA"), for negligence claims that allege injuries resulting from the actions of the

---

[1] Owens' undersigned counsel has appeared through a Limited Notice of Appearance.
ACTIVE 12747820.1

Exhibit "A"

deemed employees.  The FTCA also provides the deemed employees representation by the United States Attorney's Office.  The undersigned are precluded from providing any substantive defense for Owens in light of the upcoming representation by the United States Attorney's Office.

3.      Owens has been advised that it will take the United States Attorney's Office ninety (90) days to process the action and assign an attorney to represent Owens.

4.      Accordingly, Owens seeks an enlargement of time, or a stay, until March 10, 2021, which is ninety (90) days from the date of the Pre-Trial Conference. The undersigned understand that the United States Attorney for the Middle District of Florida is aware of this lawsuit.  Simultaneously, the U.S. Department of Health and Human Services is in the process of reviewing the Complaint in preparation of having the lawsuit assigned to an Assistant United States Attorney.

5.      Once accomplished, the Assistant United States Attorney will take over as counsel for Owens, and the undersigned counsel will seek entry of an order allowing the substitution of counsel.

6.      The undersigned has communicated with Plaintiff concerning the issues raised in this Motion, but Plaintiff failed to respond to a letter sent previously sent and hung up on counsel on December 3, 2020 when she reached Plaintiff by telephone to discuss the requested enlargement of time or alternative stay.  As of the time of the filing of this Motion, Plaintiff has not responded to a subsequent voicemail left by counsel. Thus, Plaintiff is assumed to be unwilling to agree to the requested ninety (90) day enlargement.

7.      This Motion is not intended to unduly delay this action and is based on the need to give the United States Attorney's Office time to assign counsel to represent Owens. In addition, Plaintiff has not explained why it took seven (7) weeks to serve Owens with the Summons and

Complaint.  In light of the current COVID-19 pandemic and the resulting delays in the civil litigation system, the requested relief will not in any way prejudice Plaintiff.

WHEREFORE, Defendant, HENRY OWENS, P.A., respectfully requests that this Court enter an order granting this Motion, granting an enlargement of time for Owens to file an answer or otherwise respond to the Complaint up and until March 10, 2021, or, alternatively, providing for a Stay of this Action through and including March 10, 2021, and for such other relief as the Court deems just and appropriate.

## *CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that a true and correct copy of the foregoing document was furnished via U.S. Mail to Michael A. Burnam, 298-8th Street North, #302, St. Petersburg, Florida  33701 on this 4th day of December, 2020:

*/s/ Mark J. Ragusa*
Mark J. Ragusa, Esq.
Florida Bar No.:  829633
Jounice L. Nealy-Brown, Esq.
Florida Bar No.:  0124793
Gunster, Yoakley & Stewart, P.A.
401 E. Jackson Street, Suite 2500
Tampa, FL  33602
(813) 222-6619; Fax:  (813) 228-6739
Primary E-mail:      mragusa@gunster.com
Secondary E-mail:   tkennedy@gunster.com
                    eservice@gunster.com

***Attorneys for Defendant, Henry Owens, P.A.***

IN THE COUNTY COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

MICHAEL A. BURNAM,

       Plaintiff,

vs.                              Case No.:     2020-006493-SC South

HENRY OWENS,

       Defendant.

_____/

*EXHIBIT "B' TO*

*DEFENDANT, HENRY OWENS, P.A.'S SECOND MOTION FOR AN ENLARGEMENT
OF TIME OR ALTERNATIVE MOTION FOR TEMPORARY STAY OF ACTION*

## County Court, Pinellas County, Florida
## Small Claims Division
**(**727) 464-7000 – www.mypinellasclerk.org

REF: 20-006493-SC        South

MICHAEL A BURNAM Vs. HENRY OWENS

TO:   DEFENDANT/DEFENDANT ATTORNEY
MARK J RAGUSA ESQ
GUNSTER YOAKLEY & STEWART P A
401 E JACKSON ST STE 2500
TAMPA FL  33602

RESET SUMMONS/NOTICE TO APPEAR <u>REMOTELY</u> FOR PRETRIAL CONFERENCE

THE STATE OF FLORIDA
NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)
YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney via the Zoom platform on **Wednesday, March 10, 2021** at **9:30 AM** for a PRE-TRIAL CONFERENCE before a judge of the court.

| To attend this meeting by video go to: | If you are unable to appear by video, call: |
|---|---|
| https://www.zoom.us/join | 1 786 635 1003 |
| | 1 470 250 9358 |
| Meeting ID: 983 2733 7969 Password: 285379 | |

Instructions for Zoom hearings:
* The Court has multiple hearings scheduled at this time. Join the Zoom meeting promptly at the designated time and wait to be admitted into the hearing.
* If you are using the video conferencing, be sure your profile name is your first and last name. If this is not your default, you will have the option to change it after you join the meeting.
* Although the hearing is conducted virtually, proper decorum should be maintained. Appropriate attire is required of all participants. Participants should be in a quiet setting and minimize any external distractions.
* Mute your microphone when you are not required to speak.

**IMPORTANT – READ CAREFULLY**
THIS CASE WILL NOT BE TRIED AT THAT TIME.
DO NOT BRING WITNESSES – APPEAR IN PERSON OR BY ATTORNEY

The defendant(s) ***must*** appear in court on the date specified in order to avoid a default judgment. The Plaintiff(s) ***must*** appear to avoid having the case dismissed for lack of prosecution.  A written MOTION or ANSWER to the court by the plaintiff(s) or defendant(s) shall not excuse the personal appearance of a party or its attorney in the pre-trial conference.  The date and time of the PRE-TRIAL CONFERENCE CANNOT be rescheduled without good cause and prior court approval.

Any business entity recognized under Florida law may be represented at any stage of the trial court proceedings by any principal of the business entity who has legal authority to bind the business entity or any employee authorized in writing by a principal of the business entity. A principal is defined as being an officer, member, managing member, or partner of the business entity.   Written authorization must be brought to the Pre-Trial Conference.

Upon service of this summons/notice, if you are unrepresented, please complete a Designation of E-Mail Address for Party Not Represented by an Attorney form and file it with the Clerk of Court.  This form may be found on www.mypinellasclerk.org/Forms and may be filed electronically via the Florida Courts E-Filing Portal at www.myflcourtaccess.com or by mail or hand-delivery to an office of the Clerk of Court.

Exhibit "B"

The purpose of the pre-trial conference is to record your appearance, to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pre-trial conference.

You may be ordered to mediate at the pre-trial conference.  Mediation means "A process whereby a neutral third person called a Mediator acts to encourage and facilitate the resolution of a dispute between two or more parties.  It is an informal process with the objective of helping the disputing parties reach a mutually acceptable and voluntary agreement."  You or your attorney must have full authority to settle without further consultation at pre-trial mediation.

You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court.  The court may or may not approve a payment plan and withhold judgment, execution, or levy.

**RIGHT TO VENUE. The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note is signed or where the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any one or more of the defendants sued reside; (6) any location agreed to in a contract; (7) in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.**

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court seven days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's (s') attorney, if any.

A copy of the statement of claim shall be served with the original, alias and pluries summons.

Dated on December 11, 2020, in Clearwater, Florida

KEN BURKE, CPA
CLERK OF THE CIRCUIT COURT
& COMPTROLLER

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.  Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., Ste. 300, Clearwater, FL 33756, (727) 464-4062 (V/TDD), at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

IN THE COUNTY COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

MICHAEL A. BURNAM,

       Plaintiff,

vs.                                 Case No.:      2020-006493-SC South

HENRY OWENS,

       Defendant.

_____/

### EXHIBIT "C" TO

### DEFENDANT, HENRY OWENS, P.A.'S SECOND MOTION FOR AN ENLARGEMENT OF TIME OR ALTERNATIVE MOTION FOR TEMPORARY STAY OF ACTION

**IN THE COUNTY COURT OF THE SIXTH JUDICIAL CIRCUIT**
**IN AND FOR PINELLAS COUNTY, FLORIDA**
**CIVIL DIVISION**

MICHAEL A. BURNAM,

       Plaintiff,

   v.         Case No.  2020-006493-SC South

HENRY OWENS,

       Defendant.

_____

## NOTICE UNDER 42 U.S.C. § 233(l)(1)

The United States of America provides the following notice, pursuant to 42 U.S.C. § 233(l)(1):

1. The U.S. Department of Health and Human Services (HHS) notified this office on December 15, 2020 of this state court action against Mr. Henry Owens, an employee of Community Health Center, which is an entity described in 42 U.S.C. § 233(g)(4) (a public or non-profit private entity receiving federal funds under section 254b of Title 42).

2. Pursuant to 42 U.S.C. § 233(l)(1), the United States is appearing for the limited purpose of notifying the Court as to whether the Secretary of HHS will deem Mr. Henry Owens to be an "employee of the Public Health Service" with respect to the actions or omissions that are the subject of this civil action.

3. At present, HHS has not yet provided its report as to whether Mr. Owens was an "employee of the Public Health Service" for purposes of the acts or omissions that are the subject of this civil action.  *See* 42 U.S.C. §§ 233(g) and (h).

4. Once HHS has completed its review and provided its report, the United States Attorney, as the U.S. Attorney General's delegate, will determine whether the alleged acts

Exhibit "C"

fall within the scope of 42 U.S.C. § 233(a), the applicable provisions of the FSHCAA, and were otherwise within the scope of Mr. Owen's employment.  *See* 42 U.S.C. § 233(c); 28 C.F.R. § 15.4(b); 60 Fed. Reg. 22530, 22531.  The United States Attorney has not been provided with sufficient information to make that determination at this time.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

/s/ Erin Choi
ERIN CHOI
Assistant United States Attorney
USA No. 196
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: 813-274-6000
Facsimile: 813-274-6198
Email: Erin.Choi@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I certify that on December 17, 2020 a true and correct copy of the foregoing was filed with the Court using Florida Court's e-filing portal, which will send an electronic notice of filing.

I further certify that on December 17, 2020 a true and correct copy of the foregoing document and notice of electronic filing was mailed first-class mail, postage prepaid to the following:

Michael A. Burnam
298 8th St. N
Unit 302
St. Petersburg, FL 33701-311

Jounice L. Nealy-Brown, Esq.
Mark J. Ragusa, Esq.
Attorneys for Defendant
Gunster, Yoakley & Stewart, P.A.
401 E. Jackson Street
Suite 2500
Tampa, FL 33602

*/s/ Erin Choi*
ERIN CHOI
Assistant United States Attorney

3

IN THE COUNTY COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

MICHAEL A. BURNAM,

       Plaintiff,

vs.                             Case No.:     2020-006493-SC South

HENRY OWENS,

       Defendant.

_____/

***EXHIBIT "D" TO***

***DEFENDANT, HENRY OWENS, P.A.'S SECOND MOTION FOR AN ENLARGEMENT
OF TIME OR ALTERNATIVE MOTION FOR TEMPORARY STAY OF ACTION***

**Kennedy, Tracy**

| | |
|---|---|
| **From:** | Choi, Erin (USAFLM) <Erin.Choi@usdoj.gov> |
| **Sent:** | Monday, March 8, 2021 11:50 AM |
| **To:** | Kennedy, Tracy |
| **Cc:** | Dillon, William; Ragusa, Mark; Nealy-Brown, Jounice |
| **Subject:** | RE: Michael A. Burnam v. Henry Owens  |  Notice under 42 USC 233 |

Good morning,

I received the records from HHS just recently. Would it be possible to ask for a short extension of time (of about 1 month) at the pretrial conference? Now that I have the info from HHS, I need to obtain a certification from the Acting US Attorney to substitute the US for Mr. Owens and prepare the necessary motions and notices.

Erin Choi
Assistant United States Attorney
United States Attorney's Office
Middle District of Florida
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Telephone: 813-274-6000
Facsimile: 813-274-6198

---

**From:** Kennedy, Tracy <TKennedy@gunster.com>
**Sent:** Monday, March 8, 2021 11:17 AM
**To:** Choi, Erin (USAFLM) <EChoi@usa.doj.gov>
**Cc:** Dillon, William <WDillon@gunster.com>; Ragusa, Mark <MRagusa@gunster.com>; Nealy-Brown, Jounice <JNealy-Brown@gunster.com>
**Subject:** FW: Michael A. Burnam v. USA | Notice under 42 USC 233

Good morning Ms. Choi:

    I am Jounice Nealy-Brown's assistant.  Please let me know if you have received any information from HHS regarding the above matter.  There is a Pretrial Conference scheduled for March 10, 2021.   Thank you.  I look forward to hearing from you.



**Tracy Kennedy**
Legal Administrative Assistant to
Mark J. Ragusa, Kenneth G.M. Mather,
    Eduardo Suarez-Solar and Jounice L. Nealy-Brown,
401 E. Jackson Street, Suite 2500

Exhibit "D"

Tampa, FL 33602
**P** 813-222-6674  **F** 813-228-6739
gunster.com



Writer's Direct Dial Number: (813) 222-6619
Writer's E-Mail Address: mragusa@gunster.com

March 15, 2021

**_Via JAWS Upload_**
The Honorable Edwin Jagger
Sixth Judicial Circuit
545 First Avenue North, Rm. 508
St. Petersburg, FL 33701

   Re: Michael A. Burnam v. Henry Owens
     Case Number:  2020-006493-SC

Dear Judge Jagger:

   This Firm represents Defendant, Henry Owens, in the above matter.  If you will recall, we are waiting for the United States Attorney's Office to appear in this action for Mr. Owens. The parties (and AUSA Choi) were before Your Honor on March 10, 2021 at a pretrial conference. Also heard at that pretrial conference was Defendant's Second Motion for An Enlargement of Time or Alternative Motion for Temporary Stay, which was granted.

   Accordingly, enclosed for your consideration is a proposed Order Granting Defendant, Henry Owens, P.A.'S Second Motion For An Enlargement Of Time Or Alternative Motion For Temporary Stay Of Action.

   If the Order meets with your approval, please execute the same and request your Judicial Assistant forward a copy via JAWS and we will serve on the pro se Plaintiff.

     Respectfully submitted,

     **_Mark J. Ragusa_**

     Mark J. Ragusa
     **_Signed Electronically_**

MJR/tak
Enclosures
cc: Michael A. Burnam (via U.S. Mail)
  Erin Choi, Esq. (via email)
  w/enclosure

ACTIVE:13076269.1

IN THE COUNTY COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

MICHAEL A. BURNAM,
        Plaintiff,

vs.                             Case No.:     2020-006493-SC South

HENRY OWENS,
        Defendant.

_____/

### *ORDER GRANTING SECOND MOTION FOR AN ENLARGEMENT OF TIME OR ALTERNATIVE MOTION FOR TEMPORARY STAY OF ACTION AND ORDER RESETTING PRETRIAL CONFERENCE*

THIS CAUSE having come on to be heard on March 10, 2021 at the Pretrial Conference of this matter, and the Court having noted the Pro Se appearance of the Plaintiff, MICHAEL A. BURNAM, along with counsel for Defendant HENRY OWENS, Mark J. Ragusa, Esq. of Gunster, Yoakley & Stewart, P.A. and Assistant United States Attorney Erin Choi, Esq. and the Court having heard argument from the Parties and being otherwise fully advised in the premises, hereby

**ORDERS AND DECREES** as follows:

1.     Defendant, HENRY OWENS' Second Motion for An Enlargement of Time or Alternative Motion for Temporary Stay of Action (Filing # 122685696 E-Filed 03/08/2021 02:47:36 PM) is hereby GRANTED;

2.     The Court is assigning this action to the Judge's Division for the direct scheduling of all future activities in this matter; and

3.     The Pretrial Conference in this matter is rescheduled for ***April 13, 2021 starting at 2:00 p.m. via telephone.  The telephone call in number is (727) 582-7788***.

DONE AND ORDERED in St. Petersburg, Pinellas County, Florida on
_____, 2021.

_____
Electronically Conformed 3/15/2021

EDWIN JAGGER, COUNTY COURT JUDGE

Conformed Copies to:
*Plaintiff:*
Michael A. Burnam
298-8th Street North, #302
St. Petersburg, Florida  33701

***Assistant United States Attorney***
Erin Choi, Esq.
USA No. 196
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Erin.Choi@usdoj.gov

***Counsel for Henry Owens, P.A.***
Mark J. Ragusa, Esq.
Jounice L. Nealy-Brown, Esq.
Gunster, Yoakley & Stewart, P.A.
401 E. Jackson Street, Suite 2500
Tampa, Florida  33602
mragusa@gunster.com
jnealy-brown@gunster.com
tkennedy@gunster.com
eservice@gunster.com

ACTIVE:13065775.1