# Exhibit A

# COUNTY COURT, PINELLAS COUNTY, FLORIDA
## SMALL CLAIMS DIVISION

UCN: _____  Reference No.: 20-006493SC

Michael A Burnaw

VS. Defendant 1    Plaintiff(s)    Defendant 2

Michael A Burnaw
Dr Henry Owens
Community Health ctn  Defendant(s)
Address: 612 MLKJ st N   Address: _____
33705

FILED 2020 SEP -8 PM 12:10 ST PETERSBURG

### STATEMENT OF CLAIM

Plaintiff(s) sue(s) the Defendant(s) for damages which do not exceed $8,000.00 exclusive of costs, interest and attorney's fee for (check one category below):

- [ ] **Auto Accident**
- [ ] **Bad Check** - Select one: [ ] insufficient funds [ ] stop payment [ ] other
- [ ] **Breach of Agreement** - Select one: [ ] oral agreement [ ] written agreement
  Select one:
  - [ ] Goods or merchandise – Select one: [ ] sold by Plaintiff [ ] received by Plaintiff
  - [ ] Money paid for either goods or services not provided
  - [ ] Services including materials – Select one: [ ] rendered by Plaintiff [ ] received by Plaintiff
  - [ ] Wages including salary, commission or fees
- [ ] **Money loaned** - Select one [ ] oral loan [ ] written loan
- [ ] **Rent/Property Damage** - Select one [ ] oral lease [ ] written lease
  Amount claimed for Rent: _____  Amount claimed for Property Damage: _____
- [ ] **Security Deposit claim**
- [x] **Other claim** – Please specify: obstructing of critical need to see my Cardiologist

Explain below the details (what happened, dates, times, place, etc) of your claim. This section must be completed.

- [ ] Attached is a copy of any written document(s) that is the basis of this claim.

WHEREFORE, the Plaintiff(s) demand judgment in the principal sum of $ 8,000
plus costs in the amount of $ 300
plus interest in the amount of $ _____
plus attorney's fee in the amount of $ _____

Under penalties of perjury, I / We declare that I / We have read the foregoing statement of claim, that the facts stated in it are true, and that Defendant(s) is/are not in the military service of the United States.

Signature of Attorney for Plaintiff(s)  Signature of all Plaintiff(s) or Company Representative: Michael A Bur...
Plaintiff or Attorney Address:  Print name of all Plaintiff(s) or Company Representative: Michael Burnam

Title (if applicable): _____

Atty Telephone No. _____  Telephone No. _____
Atty SPN No. _____

20-006493-SC
STMT
STATEMENT OF CLAIM
1339117

1/23/2020